THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DWAN BROOKS, *individually and on behalf of those similarly-situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:23-cv-365-DJH ) |
| NEXT LEVEL RELIEF, LLC, BRANDON CAIN, and JUSTIN BOWIE | ) ) ) |
| Defendants. | ) ) ) |

## **MOTION FOR ENTRY OF DEFAULT JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dwan Brooks individually, and on behalf of all opt-in Plaintiffs, who, for the reasons set forth in the memorandum in support, respectfully moves the Court to enter a default judgment of an award of unpaid wages, overtime, per diem, liquidated damages, attorneys' fees and costs against Defendants under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*, and the Kentucky Wages and Hours Act, K.R.S. § 337.275 *et seq.* ("KWHA").

Respectfully submitted,

*/s/ Mark N. Foster*
Mark N. Foster
mfoster@marknfoster.com
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303

/s/ Philip Bohrer
Philip Bohrer
phil@bohrerbrady.com
Scott E. Brady
scott@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2025, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, the above and foregoing was mailed via United States Postal Service, First Class mail to the following:

Justin Bowie
Next Level Relief, LLC
16 Clover Ridge Drive
Vilonia, AR 73173

Brandon Cain,
Next Level Relief, LLC
1230 Red Cedar Court
Onalaska, WI 54650

/s/Philip Bohrer
Philip Bohrer