UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DWAN BROOKS, individually and on behalf of those similarly situated,

Plaintiff,

v.

Civil Action No. 3:23-cv-365-DJH-CHL

NEXT LEVEL RELIEF, LLC et al.,

Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Dwan Brooks, individually and on behalf of 152 opt-in Plaintiffs who have filed consent forms and joined this action, moves for default judgment against Defendants Next Level Relief, LLC, Brandon Cain, and Justin Bowie. (Docket No. 81)  Default was previously entered as to all defendants (D.N. 79), and none have since appeared.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion for default judgment (D.N. 81) is **GRANTED.**

April 9, 2025

David J. Hale, Judge
United States District Court

1