UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DWAN BROOKS, individually and on behalf of those similarly situated,

Plaintiff,

v.

Civil Action No. 3:23-cv-365-DJH-CHL

NEXT LEVEL RELIEF, LLC et al.,

Defendants.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Plaintiff Dwan Brooks and the 152 opt-in Plaintiffs with respect to all claims asserted in this matter.

(2) Plaintiffs are awarded $139,290.65 in unpaid wages; $139,290.65 in liquidated damages for unpaid wages; $132,106.18 in unpaid overtime; $132,106.18 in liquidated damages for unpaid overtime; $491,737.88 in liquidated damages for delayed payment of wages; $63,838.00 in unpaid per diem; $107,235.00 in attorneys' fees; and $1,888.32 in litigation costs.

(3) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

April 9, 2025

David J. Hale, Judge
United States District Court